# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

## JUDGMENT IN A CIVIL CASE

| | |
|---|---|
| EDDIE R. WILLIAMS, | ) |
| Plaintiff(s), | ) |
| vs. | ) Case No. 21-00287-CV-W-BCW |
| DAVID B. ISAACKS, | ) |
| Defendant(s). | ) |

\_\_\_  Jury Verdict.    This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

_X_  Decision by Court.  This action came before the Court.  The issues have been determined and a decision has been rendered.

**IT IS HEREBY ORDERED** that

Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction or, in the Alternative, for Failure to State a Claim is GRANTED.   It is further

**ORDERED** that

This case is hereby dismissed.

| | |
|---|---|
| \_July 19, 2021\_ | \_Paige Wymore-Wynn\_ |
| Date | Clerk |

| | |
|---|---|
| Entered on   July 19, 2021 | /s/ Christy Anderson |
| | (By) Deputy Clerk |